# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Campbell, Tena | **2. Court or Organization**<br><br>District Court of Utah | **3. Date of Report**<br><br>09/20/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
Federal Courthouse
351 SW Temple Suite 9.220
Salt Lake City, UT 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 09/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 09/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, Tena** | 09/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   NFS Fidelity MoneyMarket | C | Interest | L | T | | | | | |
| 2.   SUN LIFE ANNUITY (H) | E | Distribution | | | Distributed | 06/12/18 | O | A | beneficiary disbursement |
| 3.   MFS VIT III GROWTH ALLOCATION PORTFOLIO | E | Distribution | | | Distributed | 06/12/18 | J | A | beneficary dsiburesment |
| 4.   MET LIFE ANNUITY (H) | D | Distribution | | | Distributed | 01/23/18 | J | A | |
| 5.   BH ASSET ALLOCATION 100 | D | Distribution | | | Distributed | 01/23/18 | J | A | |
| 6.   PIMCO TOTAL RETURN | D | Distribution | | | Distributed | 01/16/18 | J | A | |
| 7.   HARTFORD ANNUITY (H) | | | | | Distributed | 06/12/18 | O | A | beneficary disbursement |
| 8.   INVESCO VI INT'L GROWTH | D | Distribution | | | Distributed | 06/12/18 | J | A | beneficary disbursement |
| 9.   HIMCO AF GROWTH FUND | D | Distribution | J | T | Distributed (part) | 06/12/18 | J | A | beneficiary disbursement |
| 10.   HIMCO VIT PORT DIVERSIFIED FUND | D | Distribution | J | T | Distributed (part) | 06/12/18 | J | A | beneficary disbursement |
| 11.   LORD ABBOT FUND. EQUITY FUND | D | Distribution | J | T | Distributed (part) | 06/12/18 | J | A | beneficiar disbursement |
| 12.   MFS NEW DISCOVERY FUND | D | Distribution | J | T | Distributed (part) | 06/12/18 | J | A | beneficiary disbursement |
| 13.   ALLIANZ | A | Int./Div. | O | T | Buy | 08/28/18 | O | | |
| 14.   BLOOMBERG BALANCE | A | Int./Div. | O | T | Buy | 08/28/18 | O | | |
| 15.   NFS IRA | E | Int./Div. | O | T | Buy | 08/28/18 | O | | |
| 16.   Fidelit Govt Cash Reserve | A | Interest | N | T | Buy | 07/12/18 | N | | beneficiary disbursement |
| 17.   Spirit Realty Note/Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 09/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Macquire Corp Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 19.  Synchrony Note | A | Interest | K | T | Buy | 07/12/18 | K | | beneficary disbursement |
| 20.  Prospect Cap Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 21.  General Motors Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 22.  Ipalco Note/Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 23.  Xerox Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 24.  Pacific Gas Note | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 25.  synchrony Note | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 26.  Agl Cap Note | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 27.  American Tower Note | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 28.  FS Investment Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 29.  Prospect Corp Note | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 30.  Markwest Energy Bond | B | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 31.  Omega Health Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 32.  Petroleos Mex. Note | B | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 33.  Bed Bath and Beyond Bond | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |
| 34.  Wells Fargo CD | A | Interest | K | T | Buy | 07/12/18 | K | | beneficiary disbursement |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, Tena** | 09/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   INV. CO OF AMERICA | D | Int./Div. | L | T | Buy | 08/28/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, Tena** | 09/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Tena Campbell**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544